UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LASZLO SZEPESSY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. C26-2735-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

Plaintiff, proceeding *pro se*, filed a motion to dismiss this case as moot. (Dkt. # 5.) Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismissal without a court order may occur by a plaintiff's filing of a notice of dismissal prior to an opposing party serving an answer or a motion for summary judgment. No answer or motion for summary judgment have been filed. Accordingly, the Clerk is directed to close this case.

//

//

//

Dated this 25th day of September, 2026.

Joshua C. Lewis
Clerk of Court

By: s/ Tim Farrell
Deputy Clerk